IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| BRIAN WILLIAM ADERHOLD, <br><br> Petitioner, <br><br><br> vs. <br><br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | MEMORANDUM DECISION AND ORDER TERMINATING MOTIONS FOR MODIFICATION OF IMPOSED TERM OF IMPRISONMENT <br><br><br><br><br><br> Case No. 2:05-CR-544 TS |

For the reasons stated in the Tenth Circuit's April 23, 2008 Order, it is therefore

ORDERED that Defendant's Motion for Modification of an Imposed Term of Imprisonment (Docket No. 41) is TERMINATED.  It is further

ORDERED that Defendant's Motion for Modification of an Imposed Term of Imprisonment pursuant to 18 U.S.C. § 3582(c)(2) (Docket No. 36) is TERMINATED.

DATED this 24th day of April, 2008.

BY THE COURT:

_____
TED STEWART
United States District Judge